**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PRIYA E. MAMMEN, M.D.,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **THOMAS JEFFERSON UNIVERSITY,** | **NO.  20-127** |
| **SIDNEY KIMMEL MEDICAL COLLEGE,** | |
| **JEFFERSON UNIVERSITY PHYSICIANS** | |
| **AND THOMAS JEFFERSON** | |
| **UNIVERSITY HOSPITALS, INC.,** | |
| **Defendants.** | |

## O R D E R

    **AND NOW**, this 26th day of May, 2020, upon consideration of Defendants' Motion to

Dismiss and briefing in support thereof (ECF Nos. 18 & 25) and Plaintiff's response thereto

(ECF Nos. 24 & 28), **IT IS HEREBY ORDERED** as follows:

    1.  Defendants' Motion to Dismiss claims premised on a hostile work environment theory is

        **GRANTED**.

    2.  In all other respects, Defendants' Motion to Dismiss is **DENIED**.

                        **BY THE COURT:**

                        **/s/Wendy Beetlestone, J.**

                        —————————————————

                        **WENDY BEETLESTONE, J.**