IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIYA E. MAMMEN, M.D., M.P.H., Plaintiff, | CIVIL ACTION |
| v. | |
| THOMAS JEFFERSON UNIVERSITY, JEFFERSON UNIVERSITY PHYSICIANS, THOMAS JEFFERSON UNIVERSITY HOSPITAL AND SIDNEY KIMMEL MEDICAL COLLEGE, Defendants. | NO. 20-0127 |

## O R D E R

**AND NOW**, this 5th day of March, 2021, upon consideration of Defendants' Motion for Summary Judgment and briefing in support thereof (ECF Nos. 39 & 45), and Plaintiff's response thereto (ECF Nos. 43 & 46), **IT IS ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendants' Motion is **GRANTED** as to Plaintiff's retaliatory failure-to-hire claim and FMLA interference claim. Defendants' Motion is **DENIED** as to Plaintiff's retaliatory termination claims; gender-based termination claims; and FMLA retaliation claim.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**