IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRIYA E. MAMMEN, M.D., M.P.H.,**<br>Plaintiff,<br><br>v.<br><br>**THOMAS JEFFERSON UNIVERSITY, JEFFERSON UNIVERSITY PHYSICIANS, THOMAS JEFFERSON UNIVERSITY HOSPITAL AND SIDNEY KIMMEL MEDICAL COLLEGE,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 20-0127** |

## O R D E R

**AND NOW**, this 26th day of August, 2021, upon consideration of Plaintiff's Motion to Compel Discovery from Defendants and Motion for Sanctions Against Defendants (ECF No. 65) and Defendants' response thereto (ECF No. 67), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that:

1. Defendants shall produce all documents that are responsive to Plaintiff's Document Request Nos. 17 and 18 no later than **September 3, 2021**;

2. Plaintiff shall file with the Court a fee application for her costs and attorneys' fees for this Motion within fourteen (14) days of this Order; and

3. Plaintiff may request further relief from the Court upon receipt and review of the documents referred to in No. 1 above.

**BY THE COURT:**

/S/ WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**